## **Exhibit 1**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| Bruce K. Redding, Jr. | Case No. 21-11430 (MDC) |
| Debtor. | |

## <u>ORDER</u>

AND NOW this _____ day of July 2021, upon consideration of Bruce K. Redding, Jr.'s (the "Debtor") Application for Authority to Employ and Retain Bielli & Klauder, LLC ("BK") as Counsel to the Debtor (the "Application"), upon the Declaration of Thomas D. Bielli, Esquire in support thereof; upon the Amended Declaration of Thomas D. Bielli, Esquire and it appearing that BK is duly qualified to represent the Debtor in the above-captioned proceeding and that BK neither holds nor represents any interest adverse to the Debtor or its estate; and it appearing that employment of BK is necessary and is in the best interest of the Debtor, the Debtor's estate and its creditors; and it appearing that good cause exists for granting the relief requested in the Application; it is:

ORDERED that the Application is approved; and it is further

ORDERED that Debtor may employ BK as its counsel in these proceedings to advise it upon all matters which may arise or which may be incident to this proceeding, said firm to be paid at such compensation as the Court shall allow, pursuant to a proper Application in accordance with *In re Busy Beaver Building Centers, Inc.*, 19 F. 3d 33 (3d Cir. 1994).

## BY THE COURT:

_____
Honorable Magdeline D. Coleman
Chief United States Bankruptcy Judge